UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DEVORE,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | No. 2:18-cv-2487 KJM AC PS<br><br><br>ORDER |

On October 29, 2018, plaintiff filed a motion to amend the complaint pursuant to Fed. R. Civ. Proc. 15. ECF No. 10. On November 2, 2018, the court granted the motion and gave plaintiff 10 days to separately file the proposed first amended complaint that had been attached to the motion to amend, located at ECF No. 10. See ECF No. 11. Plaintiff has now filed a first amended complaint; however, plaintiff has filed a different complaint from the proposed amended complaint that was approved by this court.[1] Accordingly, the court will strike the recently-filed first amended complaint (ECF No. 12) as unauthorized and for failure to comply with the court's order. Moreover, plaintiff will have 7 days from the date of this order to properly comply with the court's November 2, 2018 and refile separately the proposed amended complaint found at

---

[1] Plaintiff has filed a first amended complaint that includes additional defendants, facts, and exhibits different from the proposed amended complaint submitted by plaintiff in her motion to amend. Compare ECF No. 10, with ECF No. 12.

1

ECF No. 10.  Failure to comply with this order may result in dismissal of this action.  See Local Rule 110.

IT IS SO ORDERED.

DATED: November 15, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE