1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  PETER D. HALLORAN, State Bar No. 184025
   Supervising Deputy Attorney General
3  KRISTA DUNZWEILER, State Bar No. 227384
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7506
6    Fax: (916) 324-5567
     E-mail: Krista.Dunzweiler@doj.ca.gov
7  *Attorneys for Defendants Lara Saich, Janet Lewis,
   Christine Milne and Christopher Gates*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAWN DEVORE, Pro Se,** | 2:18-cv-02487-KJM-AC |
| Plaintiff, | **STIPULATION [AND ORDER] FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| **DEPARTMENT OF JUSTICE, JEFFERSON SESSIONS, DEPARTMENT OF DEFENSE, DR. MICHAEL GRIFFIN, NASA AMES RESEARCH CENTER, EUGENE TU, DEPARTMENT OF HOMELAND SECURITY, KIRSTJEN NIELSEN, FEDERAL BUREAU OF INVESTIGATIONS, CHRISTOPHER WRAY, SCREENED IMAGES d/b/a/ CORRECTIONS.COM, JOSEPH NOONAN AND TIM BLAKE, BINJ LABORATORIES, JOSPTH NOONAN, TIM BLAKE, SCREENED IMAGES d/b/a SCREENED IMAGES MULTI-MEDIA, LAURA NOONAN, MAXAR SATELLITE TECHNOLOGIES, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS, CHRISTOPHER GATES, CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, LARA SAICH, JANET LEWIS, CHRISTINE MILNE, CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, MARIE BLAKE, DUANE ESSEX, DOES 1-20,** | Action Filed: September 13, 2018 |
| Defendants. | |

Whereas, on or about November 21, 2018, plaintiff filed an Amended Complaint in this action;

Whereas, the last day for Defendant California Department of Correction and Rehabilitation ("CDCR") to respond to the Amended Complaint is December 18, 2108;

Whereas, counsel for CDCR has been unexpectedly out of the office and will continue to be out of the office likely for another ten days due to a family emergency;

THE PARTIES HERETO STIPULATE AND AGREE that CDCR shall be granted a three-week extension of time to respond to plaintiff's Amended Complaint in this matter with the responsive pleading now being due January 8, 2019.

IT IS SO STIPULATED AND AGREED:

Dated :_____                    _____
                                    Dawn DeVore, Plaintiff, Pro Se


Dated: _____                    _____
                                    Peter D. Halloran, Attorney for Defendant
                                    CDCR

## ORDER

Having considered the stipulation of the parties, and good cause appearing therefor, it is ordered that Defendant California Department of Corrections and Rehabilitation shall be granted a three-week extension of time to respond to Plaintiff's Amended Complaint in this matter. CDCR's responsive pleading shall be filed on or before January 8, 2019.

Dated: January 2, 2019              _____
                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE