1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  PETER D. HALLORAN, State Bar No. 184025
   Supervising Deputy Attorney General
3  KRISTA DUNZWEILER, State Bar No. 227384
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7506
6    Fax: (916) 324-5567
     E-mail: Krista.Dunzweiler@doj.ca.gov
7  *Attorneys for Defendants California Department of
   Corrections and Rehabilitation, Lara Saich, Janet
8  Lewis, Christine Milne and Christopher Gates*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAWN DEVORE, Pro Se,** | 2:18-cv-02487-KJM-AC |
| Plaintiff, | **STIPULATION [AND ORDER] FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |
| v. | |
| **DEPARTMENT OF JUSTICE, JEFFERSON SESSIONS, DEPARTMENT OF DEFENSE, DR. MICHAEL GRIFFIN, NASA AMES RESEARCH CENTER, EUGENE TU, DEPARTMENT OF HOMELAND SECURITY, KIRSTJEN NIELSEN, FEDERAL BUREAU OF INVESTIGATIONS, CHRISTOPHER WRAY, SCREENED IMAGES d/b/a/ CORRECTIONS.COM, JOSEPH NOONAN AND TIM BLAKE, BINJ LABORATORIES, JOSEPH NOONAN, TIM BLAKE, SCREENED IMAGES d/b/a SCREENED IMAGES MULTI-MEDIA, LAURA NOONAN, MAXAR SATELLITE TECHNOLOGIES, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS, CHRISTOPHER GATES, CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, LARA SAICH, JANET LEWIS, CHRISTINE MILNE, CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, MARIE BLAKE, DUANE ESSEX, DOES 1-20,** | Action Filed: September 13, 2018 |
| Defendants. | |

Whereas, on or about November 21, 2018, plaintiff filed an Amended Complaint in this action, which was electronically served by the Court on or about November 27, 2018;

Whereas, pursuant to a prior stipulation, the last day for Defendants California Department of Correction and Rehabilitation, Lara Saich, Janet Lewis, Christine Milne and Christopher Gates (collectively the "State Defendants") to respond to the Amended Complaint is January 8, 2019;

Whereas, on or about the evening of January 7, 2019, Plaintiff informed counsel for the State Defendants that she intended on requesting leave from the Court in order to file a Second Amended Complaint, and would do so on or about January 10, 2019;

Whereas, if the Court grants plaintiff's request, that would render the State Defendants' responsive pleadings moot.

THE PARTIES HERETO STIPULATE AND AGREE that the State Defendants shall be granted an extension of time to respond to plaintiff's Amended Complaint in order to enable the Court to consider Plaintiff's impending request for leave to file a Second Amended Complaint, and that should the Court deny Plaintiff's request for leave to amend, the State Defendants will file their responsive pleadings to the current Amended Complaint the next court day following service of the order denying Plaintiff's request.

IT IS SO STIPULATED AND AGREED:

Dated :_____                    _____
                                    Dawn DeVore, Plaintiff, Pro Se


Dated: _____                    _____
                                    Krista J. Dunzweiler, Attorney for
                                    Defendants California Department of
                                    Corrections and Rehabilitation, Lara Saich,
                                    Janet Lewis, Christine Milne and
                                    Christopher Gates

# ORDER

Having considered the stipulation of the parties, and good cause appearing therefor, it is ordered that Defendant California Department of Corrections and Rehabilitation, Lara Saich, Janet Lewis, Christine Milne and Christopher Gates (State Defendants) shall be granted an extension of time to respond to Plaintiff's Amended Complaint while Plaintiff seeks leave from this Court to file a Second Amended Complaint. In the event that the Court denies Plaintiff's request for leave to file a Second Amended Complaint, State Defendants' responsive pleading shall be filed the next court day following service of the Order denying Plaintiff's request for leave.

Dated: January 8, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE