UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DEVORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-02487-KJM-AC (PS)<br><br>ORDER |

On January 9, 2019, this court adopted the parties' stipulation that gave defendants additional time to respond to plaintiff's complaint because plaintiff had indicated she intended to seek leave to file a Second Amended Complaint in the near future. ECF 20. Several months later, plaintiff has not sought leave to file a Second Amended Complaint or taken any other action in this case.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, no later than March 27, 2019, why her failure to seek leave to file a Second Amended Complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of a motion for leave to file a Second Amended Complaint within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of her case pursuant to Local Civil Rule 110.

////

1

Further, it is HEREBY ORDERED that the scheduling conference currently set in this case for March 27, 2019 (ECF No. 4) is hereby VACATED to be re-set as necessary.

IT IS SO ORDERED.

DATED: March 12, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE