UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DEVORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-02487-KJM-AC (PS)<br><br>ORDER & FINDINGS AND RECOMMENDATIONS |

　　　　The court is in receipt of plaintiff's notice of partial voluntary dismissal and motion for an extension of time. ECF No. 24. Plaintiff is proceeding pro se in this action against numerous federal contractors and federal and state agencies and officials. This matter was accordingly referred to the undersigned by Local Civil Rule 302(c)(21).

　　　　In November 2018, plaintiff was granted leave to file a First Amended Complaint ("FAC"). ECF Nos. 11, 14. On January 9, 2019, the undersigned adopted a stipulation between plaintiff and the state defendants, giving the state defendants additional time to respond to the FAC because plaintiff had indicated she intended to seek leave to file a Second Amended Complaint ("SAC") in the near future. ECF No. 20. The federal contractors, agencies, and officials have not been served. ECF No. 24 at 1-2.

　　　　Plaintiff informed the court that she was in the process of exhausting her state administrative remedies and was expecting an administrative ruling from the California State

1

Personnel Board ("CSPB") on May 6, 2019. ECF No. 22. On March 29, 2019, the undersigned ordered plaintiff to file any SAC by June 5, 2019. ECF No. 23.

On May 20, 2019, plaintiff filed the instant notice of partial voluntary dismissal and motion for an extension of time to seek leave to file a SAC. ECF No. 24. Plaintiff states that she is voluntarily dismissing the action as to all of the federal defendants (whom she lists by name), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). At this juncture, it is still within plaintiff's right to do so. See Fed. R. Civ. P. 41(a)(1)(A)(i) (plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment). The undersigned will therefore recommend that the federal defendants be dismissed without prejudice.

Plaintiff also seeks an extension of the June 5, 2019 deadline to file her SAC. ECF No. 24 at 3-4. Plaintiff states that on May 6, she emailed the CSPB to inquire about the status of the anticipated administrative ruling; and she received a response that the final decision would come on July 9, 2019 at the earliest, but more likely August 16, 2019. Id. at 4, 6. Plaintiff states that if she prevails before the CSPB, she will dismiss the action against the remaining state defendants. Id. at 4. Good cause appearing, the undersigned will grant an extension making any SAC due no later than August 19, 2019, or within seven days of plaintiff's receipt of a final decision by the CSPB, whichever is earlier.

Accordingly, IT IS HEREBY ORDERED that the motion for an extension of time (ECF No. 24) is GRANTED. Plaintiff shall file any Second Amended Complaint no later than August 19, 2019, or within seven days of plaintiff's receipt of a final decision by the California State Personnel Board, whichever is earlier. If no Second Amended Complaint is filed by that date, the court may recommend dismissal of this case pursuant to Local Civil Rule 110.

Further, it is RECOMMENDED that:

1. The action be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as to the following defendants:
    a. United States Department of Justice,
    b. Jefferson Sessions,

|   |   |
|---|---|
| 1 |   c. United States Department of Defense, |
| 2 |   d. Dr. Michael Griffin, |


1
  c. United States Department of Defense,

2
  d. Dr. Michael Griffin,

3
  e. NASA Ames Research Center,

4
  f. Eugene Tu,

5
  g. United States Department of Health and Human Services,

6
  h. Alex Azar, II,

7
  i. Sandia Laboratories,

8
  j. Paul Hommert,

9
  k. Screened Images d/b/a Corrections.Com,

10
  l. Joseph Noonan,

11
  m. Tim Blake,

12
  n. Screened Images d/b/a Screened Images Multi-Media,

13
  o. Laura Noonan,

14
  p. Digitalglobe/Maxar Satellite Technologies,

15
  q. Howard Lance,

16
  r. Lockheed Martin,

17
  s. Marillyn Hewson,

18
  t. Boeing Corporation,

19
  u. Dennis Muilenburg,

20
  v. Northrup Grumman Corporation,

21
  w. Wesley Bush, and

22
  x. Duane Essex.

23
 2. The action proceed against the following defendants:

24
  a. California Department of Corrections and Rehabilitation,

25
  b. Christopher Gates,

26
  c. Lara Saich,

27
  d. Janet Lewis,

28
  e. Christine Milne,

    f. California Occupational Safety and Health Administration, and

    g. Marie Blake.

  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. <u>Id.</u>; <u>see also</u> Local Rule 304(b). Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998); <u>Martinez v. Ylst</u>, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

DATED: May 23, 2019

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE